1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  M. KIRBY C. WILCOX (SB # 78576) kirbywilcox@paulhastings.com
   ANNE W. NERGAARD (SB# 235058) annenergaard@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Twenty-Fourth Floor
4  55 Second Street
   San Francisco, California 94105-3441
5  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100

6  Attorneys for Defendants
   HANESBRANDS INC.
7  SARA LEE CORPORATION

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08   0844

TINA HOPSON, individually and on behalf of others similarly situated,

Plaintiff,

vs.

HANESBRANDS INC.; SARA LEE CORPORATION and Does 1 through 50, inclusive,

Defendants.

No.

**DEFENDANT HANESBRANDS INC.'S AND SARA LEE CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

N.D. Cal. Civil Local Rule 3-16

LEGAL_US_W # 56527971.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF TINA HOPSON AND TO HER
3  ATTORNEYS OF RECORD, EDWARD J. WYNNE, J.E.B. PICKETT, WYNNE LAW FIRM:
4     Pursuant to Civil L.R. Rule 3-16 of this Court's Local Rules, the undersigned certifies that
5  as of this date, there is no such interest to report.

7  Dated: February 7, 2008                PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                          By: /s/ Anne W. Nergaard
                                              ANNE W. NERGAARD

                                          Attorneys for Defendants
                                          HANESBRANDS INC.
                                          SARA LEE CORPORATION

LEGAL_US_W # 56527971.1                   -1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS