PAUL, HASTINGS, JANOFSKY & WALKER LLP
M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
ANNE W. NERGAARD (SB# 235058) annenergaard@paulhastings.com
Twenty-Fourth Floor
55 Second Street
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
HANESBRANDS INC.
SARA LEE CORPORATION

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 08 0844 EDL<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>(Marin County Superior Court Case No. CV 072378) |

1     A copy of the Notice to State Court and Adverse Party of Filing Notice of Removal to
2 Federal Court with Proof of Service was served on Plaintiff on February 7, 2008 and filed with
3 the Superior Court of the County of Marin on February 7, 2008. A copy of the proof of service
4 on the Plaintiff is attached hereto as Exhibit A.

DATED: February 8, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *[signature]*
              ANNE W. NERGAARD

Attorneys for Defendants
HANESBRANDS INC.
SARA LEE CORPORATION

Case No. CV 08 0844 EDL
LEGAL_US_W # 58095876.1

2

CERTIFICATE OF SERVICE OF NOTICE
TO ADVERSE PARTY OF REMOVAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>M. KIRBY C. WILCOX (SBN 78576)<br>ANNE W. NEGAARD (SBN 235058)<br>55 SECOND STREET, 24TH FLOOR<br>SAN FRANCISCO, CA 94105-3441<br>**Attorney(s) for:** DEFENDANTS,<br>HANESBRANDS INC. SARA LEE CORPORATION<br>Ref: 3012598 | | | | **FILED**<br>FEB 0 8 2008<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: C. Larson, Deputy |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF MARIN | | | | |
| TINA HOPSON, individually and on behalf of others similarly situated<br>vs. HANESBRANDS, INC., et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>CV 072378 |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: NOTICE TO STATE COURT AND ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1331 AND 1441(B); NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1331 AND 1441(B); DECLARATION OF ANNE NERGAARD IN SUPPORT THEREOF; DEFENDANT HANESBRANDS INC.'S AND SARA LEE CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; DECLARATION OF ANNE W. NERGAARD IN SUPPORT OF NOTICE OF REMOVAL; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; (BLANK) STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

2. a. Party served:    WYNNE LAW FIRM

   b. Witness served:  HEIDI PHILLIPS ACCEPTED SERVICE FOR WYNNE LAW FIRM

   c. Address:         100 DRAKES LANDING ROAD
                       GREENBRAE, CA 94904

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:    02-07-08           (2) at:    2:45PM

4. I received this documents for service on (date): FEBRUARY 6, 2008

5. Person serving:
   LUDEK A. POLCAK
   NATIONWIDE LEGAL, INC.
   1255 POST STREET, SUITE #500
   SAN FRANCISCO, CALIFORNIA 94109
   (415) 351-0400

   a. Fee for service $

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 8, 2008

---

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE