| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>M. KIRBY C. WILCOX (SBN 78576)<br>ANNE W. NEGAARD (SBN 235058)<br>55 SECOND STREET, 24TH FLOOR<br>SAN FRANCISCO, CA 94105-3441<br>**Attorney(s) for:** DEFENDANTS,<br>HANESBRANDS INC. SARA LEE CORPORATION<br>Ref: 3012598 | | | | FILED<br>08 FEB -8 PM 12: 18<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| TINA HOPSON, individually and on behalf of others similarly situated<br>vs. HANESBRANDS, INC.,et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>CV 08 0844 EDL |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
NOTICE TO STATE COURT AND ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1331 AND 1441(B); NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1331 AND 1441(B); DECLARATION OF ANNE NERGAARD IN SUPPORT THEREOF; DEFENDANT HANESBRANDS INC.'S AND SARA LEE CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; DECLARATION OF ANNE W. NERGAARD IN SUPPORT OF NOTICE OF REMOVAL; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; (BLANK) STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

2. a. Party served:     WYNNE LAW FIRM

    b. Witness served:     HEIDI PHILLIPS ACCEPTED SERVICE FOR WYNNE LAW FIRM

    c. Address:     100 DRAKES LANDING ROAD
                    GREENBRAE, CA 94904

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:     02-07-08     (2) at:     2:45PM

4. I received this documents for service on (date): FEBRUARY 6, 2008

5. Person serving:
LUDEK A. POLCAK
NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: February 8, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE