1  M. KIRBY C. WILCOX (Bar No. 078576)
   JEFFREY D. WOHL (Bar No. 96838)
2  ANNE W. NERGAARD (Bar No. 235058)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
4  Telephone: 415.856.7000
   Facsimile: 415.856.7100
5  kirbywilcox@paulhastings.com
   jeffwohl@paulhastings.com
6  annenergaard@paulhastings.com

7  Attorneys for Defendants
   HANESBRANDS INC. and
8  SARA LEE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-0844 EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

///
///
///
///
///
///

Case No. CV 08-0844 EDL                -1-                CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

1  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
2  Circuit.

3
4  Dated: April 22, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

5  By: _____
6  M. Kirby C. Wilcox
   Jeffrey W. Wohl
7  Anne W. Nergaard
   Attorneys for Defendants
8  HANESBRANDS INC.; SARA LEE
   CORPORATION
9

10  LEGAL_US_W # 58729308.1