1  EDWARD J. WYNNE (Cal. State Bar No. 165819)
   J.E.B. PICKETT (Cal. State Bar No. 154294)
2  WYNNE LAW FIRM
   100 Drakes Landing Road, Suite 275
3  Greenbrae, California 94904
   Telephone: (415) 461-6400
4  Facsimile: (415) 461-3900
   ewynne@wynnelawfirm.com
5  jebpickett@wynnelawfirm.com

6  Attorneys for Plaintiff
   TINA HOPSON
7

8  M. KIRBY C. WILCOX (Bar No. 078576)
   JEFFREY D. WOHL (Bar No. 96838)
9  ANNE W. NERGAARD (Bar No. 235058)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
10 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
11 Telephone: 415.856.7000
   Facsimile: 415.856.7100
12 kirbywilcox@paulhastings.com
   jeffwohl@paulhastings.com
13 annenergaard@paulhastings.com

14 Attorneys for Defendants
   HANESBRANDS INC. and
15 SARA LEE CORPORATION

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

19

| TINA HOPSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-0844 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
|---|---|

Case No. CV 08-0844 EDL

LEGAL_US_W # 58743623.1

STIP. AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MGT. CONF.

Plaintiff Tina Hopson and defendants Hanesbrands Inc. and Sara Lee Corporation (collectively, the "Parties"), acting through their respective counsel, hereby stipulate as follows:

1. On April 8, 2008, the Parties attended an all-day mediation session at which a settlement of this class action was reached.

2. The Parties are well into the documentation of their settlement and anticipate that they will be able to file their Motion for Preliminary Approval by late May or early June 2007.

3. Pursuant to this Court's Order Setting Initial Case Management Conference, the initial Case Management Conference is scheduled for May 13, 2008. The Parties' settlement, if approved, will moot the normal case management proceedings in this action.

4. Accordingly, the Parties ask the Court to vacate the initial Case Management Conference, to be reset, if necessary, after the date of hearing on the Motion for Preliminary Approval, which the Parties anticipate will be on July 8, 2008.

Dated: April 22, 2008

EDWARD J. WYNNE
J.E.B. PICKETT
WYNNE LAW FIRM

By: _____
J.E.B. Pickett
Attorneys for Plaintiff
TINA HOPSON

Dated: April 22, 2008

M. KIRBY C. WILCOX
JEFFREY D. WOHL
ANNE W. NERGAARD
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Anne W. Nergaard
Attorneys for Defendants
HANESBRANDS INC.; SARA LEE CORPORATION

**ORDER**

On the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that the initial Case Management Conference scheduled for May 13, 2008, be and is hereby VACATED.

Dated: April ___ 2008.

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge