EDWARD J. WYNNE (SBN 165819)
J.E.B. PICKETT (SBN 154294)
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, California 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANESBRANDS, INC.; SARA LEE CORPORATION and Does 1 through 50, inclusive,<br>Defendants. | NO. CV 08-0844 EDL<br><br>**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned parties hereby voluntarily consent to have a Unites States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.

/ / /

1    Appeal from the judgment shall be taken directly to the United States Court of Appeals for the

2    Ninth Circuit.

3    Dated: April 22, 2008                WYNNE LAW FIRM

4

5

6                                       J.E.B. Pickett

7                                       Attorneys for Plaintiff

8                                       Tina Hopson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28