EDWARD J. WYNNE (Cal. State Bar No. 165819)
J.E.B. PICKETT (Cal. State Bar No. 154294)
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, California 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900
ewynne@wynnelawfirm.com
jebpickett@wynnelawfirm.com

Attorneys for Plaintiff
TINA HOPSON


M. KIRBY C. WILCOX (Bar No. 078576)
JEFFREY D. WOHL (Bar No. 96838)
ANNE W. NERGAARD (Bar No. 235058)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: 415.856.7000
Facsimile: 415.856.7100
kirbywilcox@paulhastings.com
jeffwohl@paulhastings.com
annenergaard@paulhastings.com

Attorneys for Defendants
HANESBRANDS INC. and
SARA LEE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 08-0844 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Tina Hopson and defendants Hanesbrands Inc. and Sara Lee Corporation (collectively, the "Parties"), acting through their respective counsel, hereby stipulate as follows:

1. On April 8, 2008, the Parties attended an all-day mediation session at which a settlement of this class action was reached.

2. The Parties are well into the documentation of their settlement and anticipate that they will be able to file their Motion for Preliminary Approval by late May or early June 2007.

3. Pursuant to this Court's Order Setting Initial Case Management Conference, the initial Case Management Conference is scheduled for May 13, 2008. The Parties' settlement, if approved, will moot the normal case management proceedings in this action.

4. Accordingly, the Parties ask the Court to vacate the initial Case Management Conference, to be reset, if necessary, after the date of hearing on the Motion for Preliminary Approval, which the Parties anticipate will be on July 8, 2008.

Dated: April 22, 2008

EDWARD J. WYNNE
J.E.B. PICKETT
WYNNE LAW FIRM

By: _____
J.E.B. Pickett
Attorneys for Plaintiff
TINA HOPSON

Dated: April 22, 2008

M. KIRBY C. WILCOX
JEFFREY D. WOHL
ANNE W. NERGAARD
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Anne W. Nergaard
Attorneys for Defendants
HANESBRANDS INC.; SARA LEE CORPORATION

**ORDER**

On the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that the initial Case Management Conference scheduled for May 13, 2008, be and is hereby ~~VACATED~~. continued to July 22, 2008 at 10:00 a.m. A joint case management conference statement shall be filed no later than July 15, 2008.

Dated: April 24 2008.

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

Case No. CV 08-0844 EDL -3- STIP. AND [PROPOSED] ORDER CONTINUING INITIAL CASE MGT. CONF.