1   EDWARD J. WYNNE (Cal. State Bar No. 165819)
    J.E.B. PICKETT (Cal. State Bar No. 154294)
2   WYNNE LAW FIRM
    100 Drakes Landing Road, Suite 275
3   Greenbrae, California 94904
    Telephone: (415) 461-6400
4   Facsimile: (415) 461-3900
    ewynne@wynnelawfirm.com
5   jebpickett@wynnelawfirm.com

6   Attorneys for Plaintiff
    TINA HOPSON
7

8   M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
    JEFFREY D. WOHL (Cal. State Bar No. 96838)
9   ANNE W. NERGAARD (Cal. State Bar No. 235058)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
10  55 Second Street, 24th Floor
    San Francisco, California 94105-3441
11  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
12  kirbywilcox@paulhastings.com
    jeffwohl@paulhastings.com
13  annenergaard@paulhastings.com

14  Attorneys for Defendants
    HANESBRANDS INC. and
15  SARA LEE CORPORATION

16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19

20  TINA HOPSON, individually and on            No. CV 08-0844 EDL
    behalf of all others similarly situated,
21                                              **[PROPOSED] ORDER:**
                    Plaintiff,                  **(1) CONDITIONALLY CERTIFYING**
22                                              **SETTLEMENT CLASS;**
          vs.                                   **(2) PRELIMINARILY APPROVING**
23                                              **PROPOSED SETTLEMENT;**
    HANESBRANDS INC.; SARA LEE                  **(3) APPROVING NOTICE TO CLASS AND**
24  CORPORATION and DOES 1 through 50,          **ELECTION NOT TO PARTICIPATE;**
    inclusive,                                  **(4) APPROVING NOTICE OF PROPOSED**
25                                              **SETTLEMENT; AND**
                    Defendant.                  **(5) SETTING HEARING FOR FINAL**
26                                              **APPROVAL**

27

28

1    On July 22, 2008, a hearing was held on the joint motion of plaintiff Tina Hopson and

2    defendants Hanesbrands Inc. and Sara Lee Corporation for conditional certification of a settlement class

3    in this action, preliminary approval of the parties' proposed settlement, approval of the notice to be sent

4    to the class about the settlement and election not to participate in the settlement, approval of the notice

5    of proposed settlement under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), and

6    the setting of a date for the hearing on final approval of the settlement.  Edward J. Wynne and J.E.B.

7    Pickett of the Wynne Law Firm appeared for plaintiff; Jeffrey D. Wohl and Anne W. Nergaard of Paul,

8    Hastings, Janofsky & Walker LLP appeared for defendants.

9    The Court having read and considered the papers on the motion, the arguments of counsel, and

10    the law, and good cause appearing therefor,

11    IT IS ORDERED:

12    1.    The proposed class of full-time and part-time Hanesbrands Service Associates satisfies

13    the requirements of a settlement class under Federal Rule of Civil Procedure 23 because the class is so

14    numerous that joinder of all member is impracticable, there are questions of law or fact common to the

15    class, plaintiff's claims are typical of Class Members' claims and defendants' defenses to plaintiff's

16    claims are typical of defendants' defenses to Class Members, and plaintiff will fairly and adequately

17    protect the interests of the class; and questions of law or fact common to Class Members predominate

18    over questions affecting only individual Class Members, and a class action is superior to other available

19    methods for the fair and efficient adjudication of the controversy.

20    2.    The proposed class of full-time Service Associates also satisfies the requirements of a

21    collective action under section 16(b) of the FLSA, 29 U.S.C. § 216(b).  The Class Members are similarly

22    situated for purposes of a collective action under section 16(b).

23    3.    The parties' proposed settlement, as evidenced by their Settlement Agreement

24    (Declaration of Anne W. Nergaard in Support of Joint Motion for Preliminary Approval "Nergaard

25    Decl.", Exh. 1) (the "Settlement") is granted preliminary approval as it meets the criteria for preliminary

26    settlement approval.  The Settlement falls within the range of possible approval as fair, adequate and

27    reasonable, and appears to be the product of arms-length and informed negotiations, and treats all Class

28    Members fairly.

1    4.    The parties' proposed notice plan is constitutionally sound because individual notice will

2    be mailed to all class members whose identities are known to the parties, and such notice is the best

3    notice practicable.  The parties' proposed Notice of Proposed Settlement of Class Action, Conditional

4    Certification of Settlement Class, Preliminary Court Approval of Settlement, and Hearing Date for Final

5    Court Approval (Settlement, Exh. A) (the "Class Notice") and their proposed Claim Form and Consent

6    to Join FLSA Collective Action (the "Claim Form") and proposed Election Not to Participate in

7    Settlement (Settlement, Exhs. B, C) (collectively, the "Class Forms") are sufficient to inform Class

8    Members of the terms of the Settlement; their rights under the Settlement to claim a Settlement Share,

9    comment on or object to the settlement, or elect not to participate in the Settlement, and the processes

10    for doing so; and the date and location of the final approval hearing.  Accordingly, the Class Notice and

11    the Class Forms are approved.

12    5.    Defendants' notice of the Settlement given to federal and state officials complies with the

13    requirements of CAFA.  Not later than ten days after the parties' Joint Motion for Conditional

14    Certification of Class and Preliminary Approval of Class Action Settlement was filed, notice of the

15    Settlement was mailed to the Attorney General of the United States of America and the appropriate state

16    official in each state in which, based on defendants' records of last known mailing address, Class

17    Members reside; and the notice contains the documents required by 28 U.S.C. section 1715(b)(1)-(8).

18    On this basis, the notice of the Settlement is approved and the Court finds that defendants have

19    discharged their obligations under CAFA to provide notice to the appropriate federal and state official.

20    6.    This action is granted conditional certification and the following persons are certified as

21    Class Members solely for the purpose of entering a settlement in this matter:

22
23    All full-time Service Associates who worked for defendants in the State of California at
      any time during the period from May 22, 2003, to September 1, 2007, and outside of the
      State of California in the United States during the period from May 22, 2004, to
24    September 1, 2007.

25    All part-time Service Associates who worked for defendants in the State of California at
      any time during the period from May 22, 2004, to September 1, 2007.

26    7.    Any Class Member who wishes to claim a Settlement Share has sixty (60) days after the

27    date that the Settlement Administrator first mails the Class Notice to submit his or her completed Claim

28    Form pursuant to the procedures set forth in the Settlement.

8.    Any Class Member who wishes to comment on or object to the Settlement has sixty (60) days after the date that the Settlement Administrator first mails the Class Notice to submit his or her comment or objection pursuant to the procedures set forth in the Settlement.

9.    Any Class Member who wishes to elect not to participate in the Settlement has sixty (60) days after the date that the Settlement Administrator first mails the Class Notice to submit his or her Election Not to Participate pursuant to the procedures set forth in the Settlement.

10.    Rust Consulting, Inc. is appointed to act as the Settlement Administrator, pursuant to the terms set forth in the Settlement.

11.    Plaintiff Tina Hopson is appointed the Class Representative. Edward J. Wynne, J.E.B. Pickett, and the Wynne Law Firm are appointed Class Counsel.

12.    The Class Notice and the Class Forms will be disseminated according to the notice plan described in the Settlement and substantially in the form submitted by the parties. Proof of distribution of notice will be filed by the parties at or prior to the final approval hearing.

13.    A final hearing will be held on December 16, 2008, to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider plaintiff's request for a Class Representative Payment and Class Counsel's request for a Class Counsel Fees and Expenses Payment. Class Members and their counsel may support or oppose the Settlement and the motion for awards of the Class Representative's Payment and the Class Counsel Fees and Expenses Payment, if they so desire.

14.    Any Class Member may appear at the final approval hearing in person or by his or her own attorney, and show cause why the Court should not approve the Settlement, or object to the motion for awards of the Class Representative Payment and the Class Counsel Fees and Expenses Payment. For any comments or objections to be considered at the hearing, the Class Member must file comments with the Clerk of Court indicating briefly the nature of the Class Member's comments, support or objection. Such comments must be filed with the Court, and mailed to Class Counsel and defendants' Counsel, not later than October 14, 2008.

15.    The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members.  The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

Dated: _____.

_____
Elizabeth D. Laporte
United States Magistrate Judge

LEGAL_US_W # 59176681.1

ORDER GRANTING PRELIMINARY APPROVAL
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL