1  EDWARD J. WYNNE (Cal. State Bar No. 165819)
   J.E.B. PICKETT (Cal. State Bar No. 154294)
2  WYNNE LAW FIRM
   100 Drakes Landing Road, Suite 275
3  Greenbrae, California 94904
   Telephone: (415) 461-6400
4  Facsimile: (415) 461-3900
   ewynne@wynnelawfirm.com
5  jebpickett@wynnelawfirm.com

6  Attorneys for Plaintiff
   TINA HOPSON
7

8  M. KIRBY C. WILCOX (Bar No. 078576)
   JEFFREY D. WOHL (Bar No. 96838)
9  ANNE W. NERGAARD (Bar No. 235058)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
10 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
11 Telephone: 415.856.7000
   Facsimile: 415.856.7100
12 kirbywilcox@paulhastings.com
   jeffwohl@paulhastings.com
13 annenergaard@paulhastings.com

14 Attorneys for Defendants
   HANESBRANDS INC. and
15 SARA LEE CORPORATION

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20 TINA HOPSON, individually and on          No. CV 08-0844 EDL
   behalf of others similarly situated,
21                                           **STIPULATION AND [PROPOSED]
                  Plaintiff,                 ORDER VACATING CASE
22                                           MANAGEMENT CONFERENCE**
        vs.
23
   HANESBRANDS INC.; SARA LEE
24 CORPORATION and Does 1 through 50,
   inclusive,
25
                  Defendants.
26

27

28
---
LEGAL US W # 59086359.2

STIP. AND [PROPOSED] ORDER VACATING CMC
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL

1  Plaintiff Tina Hopson and defendants Hanesbrands Inc. and Sara Lee Corporation (collectively, the "Parties"), acting through their respective counsel, hereby stipulate as follows:

2. 1. On April 8, 2008, the Parties attended an all-day mediation session at which a settlement of this class action was reached.

2. The Parties filed their Motion for Preliminary Approval on June 16, 2008. The hearing date is scheduled for July 22, 2008.

3. Pursuant to this Court's Order Setting Initial Case Management Conference, the initial case management conference was scheduled for May 13, 2008. This Court signed the Parties' Stipulation and Order Continuing Case Management Conference on April 24, 2008. The Court continued the case management conference to July 22, 2008, and required that the parties file a joint case management conference statement on July 15, 2008.

4. The Parties' settlement, if approved, will moot the normal case management proceedings in this action.

5. Accordingly, the Parties ask the Court to vacate the case management conference and relieve the parties of the requirement to file a joint case management conference statement. In the event that the Court does not grant preliminary approval of the Parties' settlement on July 22, 2008, the case management conference may be reset by the Court..

Dated: June 20, 2008

EDWARD J. WYNNE
J.E.B. PICKETT
WYNNE LAW FIRM

By: _____
J.E.B. Pickett
Attorneys for Plaintiff TINA HOPSON

Dated: June 20, 2008

M. KIRBY C. WILCOX
JEFFREY D. WOHL
ANNE W. NERGAARD
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Anne W. Nergaard
Attorneys for Defendants
HANESBRANDS INC. and SARA LEE CORPORATION

## ORDER

On the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that the initial case management conference scheduled for July 22, 2008, be and is hereby VACATED, and the Parties are relieved of the obligation to file a joint case management conference statement. If the Parties' settlement is not preliminarily approved on July 22, 2008, the Court will reset the case management conference.

Dated: June ___ 2008.

_____
Elizabeth D. Laporte
United States Magistrate Judge