EDWARD J. WYNNE (Cal. State Bar No. 165819)
J.E.B. PICKETT (Cal. State Bar No. 154294)
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, California 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900
ewynne@wynnelawfirm.com
jebpickett@wynnelawfirm.com

Attorneys for Plaintiff
TINA HOPSON


M. KIRBY C. WILCOX (Bar No. 078576)
JEFFREY D. WOHL (Bar No. 96838)
ANNE W. NERGAARD (Bar No. 235058)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: 415.856.7000
Facsimile: 415.856.7100
kirbywilcox@paulhastings.com
jeffwohl@paulhastings.com
annenergaard@paulhastings.com

Attorneys for Defendants
HANESBRANDS INC. and
SARA LEE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually and on behalf of others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and Does 1 through 50, inclusive,<br><br>           Defendants. | No. CV 08-0844 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Plaintiff Tina Hopson and defendants Hanesbrands Inc. and Sara Lee Corporation (collectively, the "Parties"), acting through their respective counsel, hereby stipulate as follows:

1. On April 8, 2008, the Parties attended an all-day mediation session at which a settlement of this class action was reached.

2. The Parties filed their Motion for Preliminary Approval on June 16, 2008. The hearing date is scheduled for July 22, 2008.

3. Pursuant to this Court's Order Setting Initial Case Management Conference, the initial case management conference was scheduled for May 13, 2008. This Court signed the Parties' Stipulation and Order Continuing Case Management Conference on April 24, 2008. The Court continued the case management conference to July 22, 2008, and required that the parties file a joint case management conference statement on July 15, 2008.

4. The Parties' settlement, if approved, will moot the normal case management proceedings in this action.

5. Accordingly, the Parties ask the Court to vacate the case management conference and relieve the parties of the requirement to file a joint case management conference statement. In the event that the Court does not grant preliminary approval of the Parties' settlement on July 22, 2008, the case management conference may be reset by the Court..

Dated: June 20, 2008

EDWARD J. WYNNE
J.E.B. PICKETT
WYNNE LAW FIRM

By: _____
J.E.B. Pickett
Attorneys for Plaintiff TINA HOPSON

Dated: June 20, 2008

M. KIRBY C. WILCOX
JEFFREY D. WOHL
ANNE W. NERGAARD
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Anne W. Nergaard
Attorneys for Defendants
HANESBRANDS INC. and SARA LEE CORPORATION

## **ORDER**

On the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that the initial case management conference scheduled for July 22, 2008, be and is hereby VACATED, and the Parties are relieved of the obligation to file a joint case management conference statement. If the Parties' settlement is not preliminarily approved on July 22, 2008, the Court will reset the case management conference.

Dated: June 25, 2008.

*/s/ Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge