1  M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
2  ANNE W. NERGAARD (Cal. State Bar No. 235058)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  kirbywilcox@paulhastings.com
   jeffwohl@paulhastings.com
6  annenergaard@paulhastings.com

7

   Attorneys for Defendants
8  HANESBRANDS INC. and
   SARA LEE CORPORATION
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12

   TINA HOPSON, individually and on behalf      No. CV 08-0844 EDL
13 of all others similarly situated,
                                                **DECLARATION OF COMPLIANCE
14              Plaintiff,                       WITH THE CLASS ACTION FAIRNESS
                                                ACT OF 2005**
15      vs.

16 HANESBRANDS INC.; SARA LEE
   CORPORATION and DOES 1 through 50,
17 inclusive,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1    I, Anne W. Nergaard, declare:

2    1.    I am admitted to the Bar of this Court and an associate at Paul, Hastings, Janofsky &

3    Walker LLP ("Paul Hastings"), counsel of record for defendants Hanesbrands Inc. and Sara Lee

4    Corporation in this action.   I make this declaration to show defendants' compliance with the notice

5    requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").   I have personal

6    knowledge of the facts set forth in this declaration and could and would competently testify to them

7    under oath if called as a witness.

8    2.    On June 16, 2008, the parties filed their joint motion for preliminary approval of the class

9    action settlement reached between plaintiff Tina Hopson and defendants.

10    3.    On June 24, 2008, eight days after the parties' joint motion for preliminary approval was

11    filed, Paul Hastings' staff acting under my direction served on the appropriate federal and state officials

12    notice of the proposed settlement in this action pursuant to 28 U.S.C. section 1715 (the "CAFA

13    Notice").

14    4.    The CAFA Notice consists of the Notice of Proposed Settlement, the documents

15    described in Paragraph 6, and a cover letter addressed to the appropriate federal or state official.

16    5.    Attached to this declaration as Exhibit A is a true and correct copy of the Notice of

17    Proposed Settlement (pursuant to CAFA, 28 U.S.C. § 1715(b)).

18    6.    The following documents were provided with the Notice of Proposed Settlement:

19    a.    Plaintiff's original complaint, first amended complaint, and second amended

20    complaint (pursuant to CAFA, 28 U.S.C. § 1715(b)(1)).   (The first amended

21    complaint and second amended complaint are on file with the Court as part of

22    Docket No. 2.)

23    b.    A Notice of Scheduled Judicial Hearing (pursuant to CAFA, 28 U.S.C.

24    § 1715(b)(2)).   (A true and correct copy of this document is attached as Exhibit

25    B.)

26    ///

27    ///

28

c.   The parties' Settlement Agreement and all exhibits to the Settlement Agreement (pursuant to CAFA, 28 U.S.C. § 1715(b)(4)). (This document is on file with the Court as part of Docket No. 12.)

d.   The parties' proposed Election Not to Participate in Settlement form, attached to the Settlement Agreement as Exhibit A (pursuant to CAFA, 28 U.S.C. § 1715(b)(3)(A)). (This document is on file with the Court as part of Docket No. 12.)

e.   The parties' proposed Notice of Proposed Settlement of Class Action, Conditional Certification of Settlement Class, Preliminary Court Approval of Settlement, and Hearing Date for Final Court Approval and the parties' proposed Claim Form (attached to the Settlement Agreement as Exhibit B) and Consent to Join FLSA Collective Action (attached to the Settlement Agreement as Exhibit C) (both pursuant to CAFA, 28 U.S.C. § 1715(b)(3)(B)). (This document is on file with the Court as part of Docket No. 12.)

f.   The names of Class Members who reside in each state and each Class Member's estimated proportionate share of the entire settlement; and the number of class members residing in each state and the estimated proportionate share of class members for each state of the entire settlement (pursuant to CAFA, 28 U.S.C. § 1715(b)(7)).

7.   The addressed cover letter lists the contents of the CAFA Notice, explains its format, and is addressed to the appropriate federal or state official. Pursuant to CAFA, 28 U.S.C. § 1715(a), which defines the appropriate federal and state officials to whom service must be made, the cover letter was addressed to and the CAFA Notice was served on the Attorney General of the United States and the Attorneys General of the States in which class members reside. Attached to this declaration as Exhibit C as an exemplar is a true and correct copy of the cover letter addressed and mailed to the Attorney General of the State of California.

8.   Attached to this declaration as Exhibit D is the Declaration of Service of CAFA Notice, including the names and addresses of the federal and state officials served with the CAFA Notice.

9.    The addressed cover letter, Notice of Proposed Settlement, and Notice of Scheduled Judicial Hearing were provided to each Attorney General in paper; the remaining items were provided in portable document format (PDF) on CD.

10.    Apart from the parties' Settlement Agreement, the parties and their counsel have not entered into any other agreement or settlement; a final judgment or notice of dismissal have not been entered in this action; and no written judicial opinion relating to the material described in CAFA, 28 U.S.C. § 1715(b)(3) to (6) has been issued.  Accordingly, 28 U.S.C. section 1715(b)(5), (6), and (8) of CAFA do not apply to this action and the CAFA Notice does not include any document under these sections.

I declare under penalty of perjury that the above is true and correct.

Executed on July 15, 2008, at San Francisco, California.

_____
Anne W. Nergaard

LEGAL_US_W # 59203869.2

DECLARATION OF CAFA COMPLIANCE
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL

# EXHIBIT A

1 | M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
JEFFREY D. WOHL (Cal. State Bar No. 96838)
2 | ANNE W. NERGAARD (Cal. State Bar No. 235058)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3 | 55 Second Street, 24th Floor
San Francisco, California 94105-3441
4 | Telephone: (415) 856-7000
Facsimile: (415) 856-7100
5 | kirbywilcox@paulhastings.com
jeffwohl@paulhastings.com
6 | annenergaard@paulhastings.com

7

Attorneys for Defendants
8 | HANESBRANDS INC. and
SARA LEE CORPORATION
9

10 |              UNITED STATES DISTRICT COURT

11 |            NORTHERN DISTRICT OF CALIFORNIA

12

13 | TINA HOPSON, individually and on behalf       No. CV 08-0844 EDL
     of all others similarly situated,
14 |                                                **NOTICE OF PROPOSED SETTLEMENT**
                     Plaintiff,
15 |                                                28 U.S.C. § 1715
              vs.
16
     HANESBRANDS INC.; SARA LEE
17 | CORPORATION and DOES 1 through 50,
     inclusive,
18
                     Defendants.
19

20

21 |     PLEASE TAKE NOTICE that the parties to the above-referenced class action have settled the

22 | claims at issue in the litigation. Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C.

23 | § 1715, defendants Hanesbrands Inc. and Sara Lee Corporation ("Defendants") provide this notice to the

24 | Attorney General of the United States of America and the appropriate state official in each state in

25 | which a class member resides. Defendants enclose the following documents in accordance with their

26 | notice obligations under 28 U.S.C. section 1715(b):

27 |     1.     Plaintiff's original complaint in this action.

28 |     2.     Plaintiff's first amended complaint in this action.

3.    Plaintiff's second amended complaint in this action.

4.    Notice of scheduled judicial hearings in this action.

5.    The parties' Settlement Agreement.

6.    The parties' proposed Claim Form and Consent to Join FLSA Collective Action

7.    The parties' proposed Election Not to Participate in Settlement form.

8.    The parties' proposed Notice of Proposed Settlement of Class Action, Conditional Certification of Settlement Class, Preliminary Court Approval of Settlement, and Hearing Date for Final Court Approval.

9.    The names of Class Members who reside in each state and the estimated proportionate share of the claims of Class Members in each state to the entire settlement.

PLEASE TAKE FURTHER NOTICE that pursuant to CAFA you are not required to comment on the settlement. However, if you wish to comment, please file your comments by September 5, 2008 at the following address:

Clerk of Court
United States District Court, Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

Alternatively, the United States District Court for the Northern District of California (the "District Court") uses the federal electronic case filing ("ECF") system. More information about the District Court's ECF system can be found at http://ecf.cand.uscourts.gov. If you choose to comment on the settlement, please also provide notice to the parties' counsel as follows:

| **CLASS COUNSEL** | **DEFENDANTS' COUNSEL** |
|---|---|
| Edward J. Wynne | Kirby C. Wilcox |
| J.E.B. Pickett | Jeffrey D. Wohl |
| Wynne Law Firm | Anne W. Nergaard |
| 100 Drakes Landing Road, Suite 275 | Paul, Hastings, Janofsky & Walker LLP |
| Greenbrae, California 94904 | 55 Second Street, 24th Floor |
| Telephone: (415) 461-6400 | San Francisco, California 94105-3441 |
| Facsimile: (415) 461-3900 | Telephone: (415) 856-7000 |
| E-mail: ewynne@wynnelawfirm.com | Facsimile: (415) 856-7100 |
| E-mail: jebpickett@wynnelawfirm.com | E-mail: kirbywilcox@paulhastings.com |
|  | E-mail: jeffwohl@paulhastings.com |
|  | E-mail: annenergaard@paulhastings.com |

1      If you have questions about this notice, the underlying action, or the enclosed materials, please

2  contact counsel for Defendants as provided above.

3      Dated:  June 24, 2008            M. KIRBY C. WILCOX
                                    JEFFREY D. WOHL

4                                      ANNE W. NERGAARD
                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

5

6

                             By: _____

7                                    Anne W. Nergaard
                         Attorneys for Defendants HANESBRANDS INC. and

8                                  SARA LEE CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 59242478.1

NOTICE OF PROPOSED SETTLEMENT
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL

# EXHIBIT B

1   M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
    JEFFREY D. WOHL (Cal. State Bar No. 96838)
2   ANNE W. NERGAARD (Cal. State Bar No. 235058)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
3   55 Second Street, 24th Floor
    San Francisco, California 94105-3441
4   Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
5   kirbywilcox@paulhastings.com
    jeffwohl@paulhastings.com
6   annenergaard@paulhastings.com

7

    Attorneys for Defendants
8   HANESBRANDS INC. and
    SARA LEE CORPORATION

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12
    TINA HOPSON, individually and on behalf        No. CV 08-0844 EDL
13  of all others similarly situated,
                                                   **NOTICE OF SCHEDULED JUDICIAL
14                 Plaintiff,                       HEARING**

15          vs.                                    28 U.S.C. § 1715

16  HANESBRANDS INC.; SARA LEE                     Date:       July 22, 2008
    CORPORATION and DOES 1 through 50,             Time:       9:00 a.m.
17  inclusive,                                     Courtroom:  E (15th Floor)
                                                   Judge:      Hon. Elizabeth D. Laporte
18                 Defendants.

19

20

21

22

23

24

25

26

 7

28

─────────────────────────────────────────────────────────────────
                                        NOTICE OF SCHEDULED JUDICIAL HEARING
LEGAL_US_W # 59240692.1                 U.S.D.C., N.D. Cal., No. CV 08-0844 EDL

1       PLEASE TAKE NOTICE that a hearing on the parties' Joint Motion for Order: (1) Conditionally

2   Certifying Settlement Class and Collective Action; (2) Preliminarily Approving Proposed Settlement;

3   (3) Approving Notice to Class and Election Not to Participate; (4) Approving Notice of Proposed

4   Settlement; and (5) Setting Final Approval Hearing Date is scheduled for July 22, 2008, at 9:00 a.m. or

5   as soon thereafter as the matter may be heard in Courtroom E in the United States District Court for the

6   Northern District of California, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

7   Documents relating to the parties' joint motion may be obtained using the Public Access to Court

8   Electronic Resources ("PACER") system at http://ecf.cand.uscourts.gov.

9       Dated:  June 24, 2008.         M. KIRBY C. WILCOX

                       JEFFREY D. WOHL

10                         ANNE W. NERGAARD

                       PAUL, HASTINGS, JANOFSKY & WALKER LLP

11

12                         By: _____

                                  Anne W. Nergaard

13                Attorneys for Defendants HANESBRANDS INC. and

                       SARA LEE CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

**Paul**Hastings

Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
telephone 415-856-7000 · facsimile 415-856-7100 · www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(415) 856-7018
annenergaard@paulhastings.com

June 24, 2008                                                                 72910.00002

**VIA U.S. MAIL**

Hon. Edmund Brown Jr.
Attorney General of California
1300 I St., Ste. 1740
Sacramento, CA  95814

Re:     Notice of Proposed Settlement in *Tina Hopson vs. Hanesbrands Inc., Sara
        Lee Corporation*, U.S.D.C., N.D. Cal., No. CV 08-0844-EDL

Dear Attorney General Brown Jr.:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715,
defendants Hanesbrands Inc. and Sara Lee Corporation ("Defendants"), provide notice of
the parties' proposed settlement in the above-titled action.  In accord with its obligations
under CAFA, Defendants enclose the following documents:

1.      Notice of Proposed Settlement, including notice of the scheduled judicial hearing
        for preliminary approval on July 22, 2008, at 9:00 a.m., at the United States
        District Court for the Northern District of California, Courtroom E, 450 Golden
        Gate Ave., 15th Floor, San Francisco, California 94102.

2.      A copy of plaintiff Tina Hopson's Complaint in the above-titled action, filed on
        May 22, 2007.

3.      A copy of plaintiff Tina Hopson's First Amended Complaint in the above-titled
        action, filed on July 27, 2007.

4.      A copy of plaintiff Tina Hopson's Second Amended Complaint in the above-titled
        action, filed on January 3, 2008.

5.      The parties' Settlement Agreement (the "Settlement").

6.      The forms of notification sent to class members of the Settlement, which include
        the (i) Notice of Proposed Settlement of Class Action, Conditional Certification of
        Settlement Class, Preliminary Court Approval of Settlement, and Hearing Date for
        Final Court Approval (attached as Exhibit A to the Settlement); (ii) the Claim
        Form and Consent to Join FLSA Collective Action (attached as Exhibit B to the
        Settlement); and (iii) the Election Not to Participate in Settlement (attached as
        Exhibit C to the Settlement).

LEGAL_US_W # 59158521.2

Hon. Edmund Brown Jr.
June 24, 2008
Page 2

7.      Additional documents attached as exhibits to the Settlement, including (i) Notice
        of Proposed Settlement (attached as Exhibit D to the Settlement); (ii) [Proposed]
        Order (1) Conditionally Certifying Settlement Class, (2) Preliminarily Approving
        Proposed Settlement, (3) Approving Notice to Class and Election Not to
        Participate, (4) Approving Notice of Proposed Settlement, and (5) Setting Hearing
        for Final Approval (attached as Exhibit E to the Settlement); and (iii) [Proposed]
        Order Granting Final Approval of Class Action Settlement and Judgment
        (attached as Exhibit F to the Settlement).

8.      A list of class members identified from Defendants' available records as residing,
        or having resided, in each state and the estimated proportionate share of the
        claims of such members to the entire Settlement.

The Notice of Proposed Settlement (item 1 above) is enclosed with this letter. In the
interest of reducing the volume of paper, the remaining items (2 through 8, above) are
provided electronically as PDF files on the enclosed CD. Should you desire any of these
items by paper, please contact me by telephone or email, and we will happily provide a
paper copy.

If you have questions about this notice, the lawsuit or the enclosed materials, or if you do
not receive any of the above-listed materials, please feel free to contact me.

Thank you for your attention to this matter.

Sincerely,

Anne Nergaard
for PAUL, HASTINGS, JANOFSKY & WALKER LLP
Attorneys for Defendants
Hanesbrands Inc. and Sara Lee Corporation


AN: hdv

Enclosures

# EXHIBIT D

1    M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
     JEFFREY D. WOHL (Cal. State Bar No. 96838)
2    ANNE W. NERGAARD (Cal. State Bar No. 235058)
     PAUL, HASTINGS, JANOFSKY & WALKER LLP
3    55 Second Street, 24th Floor
     San Francisco, California  94105-3441
4    Telephone: (415) 856-7000
     Facsimile: (415) 856-7100
5    kirbywilcox@paulhastings.com
     jeffwohl@paulhastings.com
6    annenergaard@paulhastings.com

7

     Attorneys for Defendants
8    HANESBRANDS INC. and
     SARA LEE CORPORATION
9

                    UNITED STATES DISTRICT COURT
10

                    NORTHERN DISTRICT OF CALIFORNIA
11

12

     TINA HOPSON, individually and on behalf        No. CV 08-0844 EDL
13   of all others similarly situated,
                                                     **DECLARATION OF SERVICE OF CAFA**
14                    Plaintiff,                     **NOTICE**

15           vs.

16   HANESBRANDS INC.; SARA LEE
     CORPORATION and DOES 1 through 50,
17   inclusive,

18                    Defendants.

19

20

21

22

23

24

25

26

27

28

1    I am a citizen of the United States, more than eighteen years old, and not a party to this action.

2    My place of employment and business address is 55 Second Street, 24th Floor, San Francisco, California

3    94105-3441.

4    On June 24, 2008, I served the following documents upon the Attorney General of the United

5    States and the Attorneys General of the States indicated below:

6    ▪ **COVER LETTER REGARDING NOTICE OF PROPOSED IN** *TINA HOPSON*

7    *VS. HANESBRANDS INC., SARA LEE CORPORATION*, **U.S.D.C., N.D. CAL., NO.**

8    **CV 08-0844-EDL**

9    ▪ **NOTICE OF PROPOSED SETTLEMENT**

10    ▪ **NOTICE OF SCHEDULED JUDICIAL HEARING**

11    ▪ **PLAINTIFF'S COMPLAINT (FILED MAY 22, 2007)**

12    ▪ **PLAINTIFF'S FIRST AMENDED COMPLAINT (FILED JULY 27, 20007)**

13    ▪ **PLAINTIFF'S SECOND AMENDED COMPLAINT (FILED JANUARY 3, 2008)**

14    ▪ **SETTLEMENT AGREEMENT**

15    ▪ **NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, CONDITIONAL**

16    **CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY COURT**

17    **APPROVAL OF SETTLEMENT, AND HEARING DATE FOR FINAL COURT**

18    **APPROVAL**

19    ▪ **CLAIM FORM AND CONSENT TO JOIN FLSA COLLECTIVE ACTION**

20    ▪ **ELECTION NOT TO PARTICIPATE IN SETTLEMENT**

21    ▪ **[PROPOSED] ORDER: (1) CONDITIONALLY CERTIFYING SETTLEMENT**

22    **CLASS; (2) PRELIMINARILY APPROVING PROPOSED SETTLEMENT; (3)**

23    **APPROVING NOTICE TO CLASS AND ELECTION NOT TO PARTICIPATE;**

24    **(4) APPROVING NOTICE OF PROPOSED SETTLEMENT; AND (5) SETTING**

25    **HEARING FOR FINAL APPROVAL**

26    ▪ **[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION**

27    **SETTLEMENT AND JUDGMENT**

28    ▪ **NAMES OF CLASS MEMBERS WHO RESIDE IN EACH STATE AND EACH**

**CLASS MEMBER'S ESTIMATED PROPORTIONATE SHARE OF SETTLEMENT.**

by placing true copies of these documents, reproduced either in hardcopy or CD, in envelopes addressed to:

| | |
|---|---|
| Hon. Troy King<br>Attorney General of the State of Alabama<br>State House, 11 S. Union St.<br>Montgomery, AL 36130 | Hon. Terry Goddard<br>Attorney General of the State of Arizona<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| Hon. Edmund G. "Jerry" Brown Jr.<br>Attorney General of the State of California<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 | Hon. John Suthers<br>Attorney General of the State of Colorado<br>1525 Sherman Street<br>Denver, CO 80203 |
| Hon. Richard Blumenthal<br>Attorney General of the State of Connecticut<br>55 Elm St.<br>Hartford, CT 06141-0120 | Hon. Bill McCollum<br>Attorney General of the State of Florida<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 |
| Hon. Thurbert E. Baker<br>Attorney General of the State of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | Hon. Lisa Madigan<br>Attorney General of the State of Illinois<br>James R. Thompson Ctr., 100 W. Randolph St.<br>Chicago, IL 60601 |
| Hon. Steve Carter<br>Attorney General of the State of Indiana<br>Indiana Government Center South - 5th Floor,<br>402 West Washington Street<br>Indianapolis, IN 46204 | Hon. Tom Miller<br>Attorney General of the State of Iowa<br>Hoover State Office Bldg., 1305 E. Walnut<br>Des Moines, IA 50319 |
| Hon. Stephen Six<br>Attorney General of the State of Kansas<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 | Hon. Jack Conway<br>Attorney General of the State of Kentucky<br>700 Capitol Avenue, Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Hon. James D. (Buddy) Caldwell<br>Attorney General of the State of Louisiana<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Hon. Douglas F. Gansler<br>Attorney General of the State of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Hon. Martha Coakley<br>Attorney General of the State of Massachusetts<br>1 Ashburton Place<br>Boston, MA 02108-1698 | Hon. Mike Cox<br>Attorney General of the State of Michigan<br>P.O.Box 30212, 525 W. Ottawa St.<br>Lansing, MI 48909-0212 |

LEGAL_US_W # 59202996.1

DECL. OF SERVICE OF CAFA NOTICE
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL

| | |
|---|---|
| Hon. Lori Swanson<br>Attorney General of the State of Minnesota<br>State Capitol, Ste. 102<br>St. Paul, MN 55155 | Hon. Jim Hood<br>Attorney General of the State of Mississippi<br>Department of Justice, P.O. Box 220<br>Jackson, MS 37205-0220 |
| Hon. Jeremiah W. (Jay) Nixon<br>Attorney General of the State of Missouri<br>Supreme Ct. Bldg., 207 W. High St.<br>Jefferson City, MO 65101 | Hon. Jon Bruning<br>Attorney General of the State of Nebraska<br>State Capitol, P.O.Box 98920<br>Lincoln, NE 68509-8920 |
| Hon. Catherine Cortez Masto<br>Attorney General of the State of Nevada<br>Old Supreme Ct. Bldg., 100 N. Carson St.<br>Carson City, NV 89701 | Hon. Kelly Ayotte<br>Attorney General of the State of New Hampshire<br>State House Annex, 33 Capitol St.<br>Concord, NH 03301-6397 |
| Hon. Anne Milgram<br>Attorney General of the State of New Jersey<br>Richard J. Hughes Justice Complex, 25 Market<br>St., CN 080<br>Trenton, NJ 08625 | Hon. Andrew Cuomo<br>Attorney General of the State of New York<br>Dept. of Law - The Capitol, 2nd fl.<br>Albany, NY 12224 |
| Hon. Roy Cooper<br>Attorney General of the State of North Carolina<br>Dept. of Justice, P.O.Box 629<br>Raleigh, NC 27602-0629 | Hon. Nancy Hardin Rogers<br>Attorney General of the State of Ohio<br>State Office Tower, 30 E. Broad St.<br>Columbus, OH 43266-0410 |
| Hon. W.A. Drew Edmondson<br>Attorney General of the State of Oklahoma<br>State Capitol, Rm. 112, 2300 N. Lincoln Blvd.<br>Oklahoma City, OK 73105 | Hon. Hardy Myers<br>Attorney General of the State of Oregon<br>Justice Bldg., 1162 Court St., NE<br>Salem, OR 97301 |
| Hon. Tom Corbett<br>Attorney General of the State of Pennsylvania<br>1600 Strawberry Square<br>Harrisburg, PA 17120 | Hon. Robert E. Cooper, Jr.<br>Attorney General of the State of Tennessee<br>500 Charlotte Ave.<br>Nashville, TN 37243 |
| Hon. Greg Abbott<br>Attorney General of the State of Texas<br>Capitol Station, P.O.Box 12548<br>Austin, TX 78711-2548 | Hon. Bob McDonnell<br>Attorney General of the State of Virginia<br>900 E. Main St.<br>Richmond, VA 23219 |
| Hon. Rob McKenna<br>Attorney General of the State of Washington<br>1125 Washington St. SE, PO Box 40100<br>Olympia, WA 98504-0100 | Hon. J.B. Van Hollen<br>Attorney General of the State of Wisconsin<br>State Capitol, Ste. 114 E., P.O.Box 7857<br>Madison, WI 53707-7857 |

LEGAL_US_W # 59202996.1

DECL. OF SERVICE OF CAFA NOTICE
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL

Hon. Michael Mukasey
Attorney General of the State of United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

and then sealing the envelopes, affixing adequate first-class postage, and depositing them within my firm for collection by the U.S. Postal Service pursuant to my firm's regular practice of collecting and processing envelopes and other matters for mailing.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 24, 2008, at San Francisco, California.

_____
Helen DeVol

LEGAL_US_W # 59202996.1

DECL. OF SERVICE OF CAFA NOTICE
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL