UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                  Date:  July 22, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-08-00844 EDL

**Title:**       TINA HOPSON v. HANESBRANDS INC

**Attorneys:**   Plaintiff: John Eastman Pickett     Defendant: Jeffrey Wohl, Anne Nergaard

**Deputy Clerk:**  Lili M. Harrell            **Court Reporter:** Sahar McVickar
(Time: 13 min)

**PROCEEDINGS:**                                            **RULINGS:**

Joint Motion for Order:                                     Submitted
    - Conditionally Certifying Settlement Class
    - Preliminarily Approving Proposed Settlement
    - Approving Notice to Class
    - Approving Notice of Proposed Settlement
    - Setting Approval Hearing Date


**ORDERED AFTER HEARING:**


**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:


cc: