M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
JEFFREY D. WOHL (Cal. State Bar No. 96838)
ANNE W. NERGAARD (Cal. State Bar No. 235058)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kirbywilcox@paulhastings.com
jeffwohl@paulhastings.com
annenergaard@paulhastings.com

Attorneys for Defendants
HANESBRANDS INC. and
SARA LEE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. CV 08-0844 EDL<br><br>**DECLARATION OF CHRISTOPHER FOX IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       July 22, 2008<br>Time:       9:00 a.m.<br>Courtroom:  E (15th Floor)<br>Judge:      Hon. Elizabeth D. Laporte |

I, Christopher Fox, declare:

1. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, I could and would competently testify to them under oath.

2. I work for Hanesbrands Inc. ("Hanesbrands"), one of the defendants in this action. I am the Vice President of Corporate Social Responsibility. I have held this position since approximately November 2006. As the Vice President of Corporate Social Responsibility, I am responsible for the Company's ethics program, facility compliance, environmental sustainability, and communities and philanthropy programs. I work for Hanesbrands Inc. in Forsyth County, North Carolina, where the company has its headquarters.

3. For the past ten years, Hanesbrands and its employees have donated approximately $2 million a year to United Way of Forsyth County, North Carolina ("United Way"). In most years, Hanesbrands has been the largest United Way donor in the county. Hanesbrands' donations are raised in several ways, including employee contributions, Hanesbrands' direct match of those contributions, and revenues from product sales. Some of the member agencies served by the United Way include Big Brothers and Big Sisters, the Red Cross, Boy Scouts, Catholic Social Services, and Advocacy for the Poor, among others.

4. In addition to donations, Hanesbrands encourages its employees to volunteer their time to the United Way. For example, Hanesbrands has participated in funding the "Loaned Executive" program, where local executives volunteer to chair any number of the United Way's campaigns. Hanesbrands' employees also participate annually in the "Days of Caring" program. For the "Days of Caring" program, Hanesbrands allows its employees time off work to participate in the projects selected by United Way.

5. When Hanesbrands was presented with the opportunity to direct a portion of any residual funds of the class action settlement in this case to a charitable concern, Hanesbrands decided that United Way should be the recipient of those funds as a way of supporting United Way's good work in Forsyth Count and furthering the contributions of both time and money already being made by our employees.

//
//

1  //

2      I declare under penalty of perjury under the laws of the United States that the foregoing is true

3  and correct and this was executed on July 24th, 2008, at Winston-Salem, North Carolina.

                                        _____
                                                 Christopher Fox