M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
JEFFREY D. WOHL (Cal. State Bar No. 96838)
ANNE W. NERGAARD (Cal. State Bar No. 235058)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kirbywilcox@paulhastings.com
jeffwohl@paulhastings.com
annenergaard@paulhastings.com

Attorneys for Defendants
HANESBRANDS INC. and
SARA LEE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and DOES 1 through 50, inclusive,<br><br>Defendants. | No. CV 08-0844 EDL<br><br>**DECLARATION OF SERVICE OF CAFA NOTICE** |

LEGAL_US_W # 59657132.1

DECL. OF SERVICE OF CAFA NOTICE
U.S.D.C., N.D. Cal., No. CV 08-0844 EDL

1    I am a citizen of the United States, more than eighteen years old, and not a party to this action.
2    My place of employment and business address is 55 Second Street, 24th Floor, San Francisco, California
3    94105-3441.
4    On August 20, 2008, I served the following documents upon the Attorney General of the United
5    States and the Attorneys General of the States indicated below:

6    - **COVER LETTER REGARDING SUPPLEMENTED NOTICE OF THE PARTIES'
7      PROPOSED SETTLEMENT *TINA HOPSON VS. HANESBRANDS INC., SARA
8      LEE CORPORATION*, U.S.D.C., N.D. CAL., NO. CV 08-0844-EDL**

9    - **STIPULATION TO CORRECTION OF SETTLEMENT AGREEMENT FILED
10     JUNE 16, 2008**

11   - **REVISED NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION,
12     CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY
13     COURT APPROVAL OF SETTLEMENT, AND HEARING DATE FOR FINAL
14     COURT APPROVAL**

15   - **REVISED [PROPOSED] ORDER (1) CONDITIONALLY CERTIFYING
16     SETTLEMENT CLASS, (2) PRELIMINARILY APPROVING PROPOSED
17     SETTLEMENT, (3) APPROVING NOTICE TO CLASS AND ELECTION NOT
18     TO PARTICIPATE, (4) APPROVING NOTICE OF PROPOSED SETTLEMENT,
19     AND (5) SETTING HEARING FOR FINAL APPROVAL**

20   - **ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS; (2)
21     PRELIMINARILY APPROVING PROPOSED SETTLEMENT: (3) APPROVING
22     NOTICE TO CLASS AND ELECTION NOT TO PARTICIPATE, (4)
23     APPROVING NOTICE OF PROPOSED SETTLEMENT; AND (5) SETTING
24     HEARING FOR FINAL APPROVAL.**

25   by placing true copies of these documents, reproduced in hardcopy, in envelopes addressed to:

| | |
|---|---|
| Hon. Troy King<br>Attorney General of the State of Alabama<br>State House, 11 S. Union St.<br>Montgomery, AL 36130 | Hon. Terry Goddard<br>Attorney General of the State of Arizona<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| Hon. Edmund G. "Jerry" Brown Jr.<br>Attorney General of the State of California<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 | Hon. John Suthers<br>Attorney General of the State of Colorado<br>1525 Sherman Street<br>Denver, CO 80203 |
| Hon. Richard Blumenthal<br>Attorney General of the State of Connecticut<br>55 Elm St.<br>Hartford, CT 06141-0120 | Hon. Bill McCollum<br>Attorney General of the State of Florida<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 |
| Hon. Thurbert E. Baker<br>Attorney General of the State of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | Hon. Lisa Madigan<br>Attorney General of the State of Illinois<br>James R. Thompson Ctr., 100 W. Randolph St.<br>Chicago, IL 60601 |
| Hon. Steve Carter<br>Attorney General of the State of Indiana<br>Indiana Government Center South - 5th Floor,<br>402 West Washington Street<br>Indianapolis, IN 46204 | Hon. Tom Miller<br>Attorney General of the State of Iowa<br>Hoover State Office Bldg., 1305 E. Walnut<br>Des Moines, IA 50319 |
| Hon. Stephen Six<br>Attorney General of the State of Kansas<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 | Hon. Jack Conway<br>Attorney General of the State of Kentucky<br>700 Capitol Avenue, Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Hon. James D. (Buddy) Caldwell<br>Attorney General of the State of Louisiana<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Hon. Douglas F. Gansler<br>Attorney General of the State of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Hon. Martha Coakley<br>Attorney General of the State of Massachusetts<br>1 Ashburton Place<br>Boston, MA 02108-1698 | Hon. Mike Cox<br>Attorney General of the State of Michigan<br>P.O.Box 30212, 525 W. Ottawa St.<br>Lansing, MI 48909-0212 |
| Hon. Lori Swanson<br>Attorney General of the State of Minnesota<br>State Capitol, Ste. 102<br>St. Paul, MN 55155 | Hon. Jim Hood<br>Attorney General of the State of Mississippi<br>Department of Justice, P.O. Box 220<br>Jackson, MS 37205-0220 |

| | |
|---|---|
| Hon. Jeremiah W. (Jay) Nixon<br>Attorney General of the State of Missouri<br>Supreme Ct. Bldg., 207 W. High St.<br>Jefferson City, MO 65101 | Hon. Jon Bruning<br>Attorney General of the State of Nebraska<br>State Capitol, P.O.Box 98920<br>Lincoln, NE 68509-8920 |
| Hon. Catherine Cortez Masto<br>Attorney General of the State of Nevada<br>Old Supreme Ct. Bldg., 100 N. Carson St.<br>Carson City, NV 89701 | Hon. Kelly Ayotte<br>Attorney General of the State of New Hampshire<br>State House Annex, 33 Capitol St.<br>Concord, NH 03301-6397 |
| Hon. Anne Milgram<br>Attorney General of the State of New Jersey<br>Richard J. Hughes Justice Complex, 25 Market St., CN 080<br>Trenton, NJ 08625 | Hon. Andrew Cuomo<br>Attorney General of the State of New York<br>Dept. of Law - The Capitol, 2nd fl.<br>Albany, NY 12224 |
| Hon. Roy Cooper<br>Attorney General of the State of North Carolina<br>Dept. of Justice, P.O.Box 629<br>Raleigh, NC 27602-0629 | Hon. Nancy Hardin Rogers<br>Attorney General of the State of Ohio<br>State Office Tower, 30 E. Broad St.<br>Columbus, OH 43266-0410 |
| Hon. W.A. Drew Edmondson<br>Attorney General of the State of Oklahoma<br>State Capitol, Rm. 112, 2300 N. Lincoln Blvd.<br>Oklahoma City, OK 73105 | Hon. Hardy Myers<br>Attorney General of the State of Oregon<br>Justice Bldg., 1162 Court St., NE<br>Salem, OR 97301 |
| Hon. Tom Corbett<br>Attorney General of the State of Pennsylvania<br>1600 Strawberry Square<br>Harrisburg, PA 17120 | Hon. Robert E. Cooper, Jr.<br>Attorney General of the State of Tennessee<br>500 Charlotte Ave.<br>Nashville, TN 37243 |
| Hon. Greg Abbott<br>Attorney General of the State of Texas<br>Capitol Station, P.O.Box 12548<br>Austin, TX 78711-2548 | Hon. Bob McDonnell<br>Attorney General of the State of Virginia<br>900 E. Main St.<br>Richmond, VA 23219 |
| Hon. Rob McKenna<br>Attorney General of the State of Washington<br>1125 Washington St. SE, PO Box 40100<br>Olympia, WA 98504-0100 | Hon. J.B. Van Hollen<br>Attorney General of the State of Wisconsin<br>State Capitol, Ste. 114 E., P.O.Box 7857<br>Madison, WI 53707-7857 |
| Hon. Michael Mukasey<br>Attorney General of the State of United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | |

and then sealing the envelopes, affixing adequate first-class postage, and depositing them within my

1 | firm for collection by the U.S. Postal Service pursuant to my firm's regular practice of collecting and
2 | processing envelopes and other matters for mailing.
3 |     I declare under penalty of perjury under the laws of the United States of America that the above
4 | is true and correct.
5 |     Executed on August 20, 2008, at San Francisco, California.

*[signature]*
Helen DeVol