IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HOPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANESBRANDS INC.; SARA LEE CORPORATION and DOES 1 through 50, inclusive<br><br>Defendants. | No. CV-08-0844 EDL<br><br>**JUDGMENT** |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of April 3, 2009, the parties' Joint Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees are GRANTED.

**IT IS SO ORDERED.**

Dated: April 3, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge